## OLIVER BEEBY VS. JOHN BANNISTER OF *Abigail*, 1751

COURT OF VICE ADMIRALTY    The within Libel fil'd May 20th 1751: And order'd that Court be held on Thursday the Twenty Third Instant at Ten O'Clock A: M and that the usual Process be Issued Out Accordingly, the Appellant first giving Security at the Registers Office to pay Cost, in Case of a Retraxit or a Decree being given against him.

S Wickham D. Judge

Appeared M<sup>r</sup> Augustus Johnston in the Registers Office and obliges himself to pay the Costs on this Libel in Case of a retraxit or a Decree being given against the Appellant

A. Johnston

J Aplin
for the Respondent

And humbly reserves the Right of Pleading over

Colony of Rhode Island etc   At a Court of Vice Admiralty Held at Newport In the Colony aforesᵈ on Thursday the Twenty third of May 1751 at Ten o Clock A. M.

Present the Honble Samuel Wickham Esqʳ Deputy Judge.

The Court being opened.